## SUPREME COURT.

### GOCH AND WIFE agt. MARSH AND OTHERS.

An *answer*, served after notice of motion to strike out irrelevant matter in the complaint, *waives the motion.*

*Cattaraugus Special Term, October,* 1853. Motion to strike out irrelevant matter in the complaint. After notice of the motion the defendants' attorney answered the complaint, and the objection was taken, that, by answering, the defendant had waived the motion to strike out; and MARVIN, J., so held, and denied the motion, with $5,00 costs. See Esmond agt. Van Benschoten, (5 *How. Pr. R.* 44.)